JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 16-1221-VAP (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED: 　March 30, 2017

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\LA16CV01221 VAP(PJW)-JUDGMENT-R&R.wpd